*writ issued*

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Jeffrey H. Wolf, SBN 011361
Kami M. Hoskins, SBN 026271
*Attorneys for Judgment-Creditor GMAC Real Estate, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GMAC REAL ESTATE, LLC,<br><br>Plaintiff/Judgment Creditor,<br><br>v.<br><br>JOSEPH CARL SECURITIES, INC., JOSEPH CARL REAL ESTATE d/b/a DIAMOND GMAC REAL ESTATE, MICHAEL BARRERAS and RACHELLE STROLE f/n/a RACHELLE SMITH,<br><br>Defendants/Judgment Debtors.<br><br>RYAN RAYBURN, an individual,<br><br>Garnishee. | No. CV2010-192-PHX-JAT<br><br>**WRIT OF GARNISHMENT AND SUMMONS**<br><br>**(NON-EARNINGS)** |

TO THE SHERIFF, CONSTABLE OR OTHER AUTHORIZED PROCESS SERVER IN MARICOPA COUNTY: You are commanded to summon Garnishee named above, who is believed to be in your county, to answer the following claims:

**STATEMENT OF JUDGMENT CREDITOR**

1. Judgment creditor GMAC Real Estate, LLC ("GMAC" or "Judgment Creditor") was awarded a money judgment or order against judgment debtor Rachelle Strole f/k/a Rachelle Smith ("Judgment Debtor").

329,233,082v1

2. The amount of the outstanding balance due on the judgment, including accrued interest and allowable costs is:

    a. Under Count I, Judgment Debtor is liable for $46,740;

    b. Under Count I, Judgment Debtor is liable for $1,376.55; and

    c. Judgment Debtor is liable for costs in the amount of at least $18,993.75. The cost of serving the Writ of Garnishment will be as shown on the Affidavit of Service and may be added to the judgment.

3. GMAC has good reason to believe Garnishee is indebted to the Judgment Debtor for monies, which are not earnings.

4. The name and address of the Garnishee are:

Ryan Rayburn
3525 E. Via Estrella
Phoenix, AZ 85028-3972

5. The name and last known mailing address for the Judgment Debtor are:

Rachelle Strole f/k/a Rachelle Smith
3406 E. Kachina Drive
Phoenix, AZ 85041

6. The name and address for GMAC are:

GMAC Real Estate, LLC
c/o Greenberg Traurig, LLP
2375 E. Camelback Rd., Ste. #700
Phoenix, AZ 85016

### TO THE GARNISHEE (A.R.S. § 12-1579)

YOU SHALL answer the following questions in writing, under oath, on a separate document. Your answer must be filed with the Court within ten (10) business days after you are served with this Writ of Garnishment.

1. Were you indebted to or otherwise in possession of monies of the Judgment Debtor at the time the Writ of Garnishment was served? If so, how much money did you owe the Judgment Debtor at the time this Writ of Garnishment was served?

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

2. How much of that money owed to the Judgment Debtor did you withhold pursuant to the Writ of Garnishment?

3. Did you release any of that money that you owed to the Judgment Debtor after you were served with the Writ of Garnishment? If so, how much money did you release?

4. Were you in possession of personal property of the judgment debtor at the time the Writ of Garnishment was served? If so, describe each item, or group of items, of personal property of the Judgment Debtor in the your possession at the time the Writ of Garnishment was served.

5. What other person or entity, within your knowledge, is indebted to the Judgment Debtor or in possession of personal property of the Judgment Debtor?

6. What are your full legal name, current mailing address, and telephone number?

7. On what date and in what manner did you deliver a copy of the Answer to the Judgment Creditor and Judgment Debtor?

## SUMMONS

A WRIT OF GARNISHMENT has been issued, naming you as Garnishee. You are required to answer this Writ in writing, under oath, and to file the Answer with the Court within ten (10) days (excluding weekends and holidays) after service on you. If you fail to file an answer, you may be ordered to appear in person to answer this Writ, and a default judgment may be entered against you. If a default judgment is entered against you, you may be ordered to pay the full amount shown on this Writ, plus attorneys' fees and costs.

**THIS SUMMONS IS NOT A REQUEST TO SEND ANY MONEY OR PERSONAL PROPERTY TO THE COURT.**

1  SIGNED AND SEALED this date: __March 26, 2010__

3  _____Becky Kolbzu_____
   Judicial Officer/Clerk of the Court

5  Notice to Garnishee: You should have been served with a blank Garnishee's Answer form. You may complete and file that form to make your required answer.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

329,233,082v1

4